UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE LUCKETT, | ) | No. ED CV 14-00093-FMO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SECRETARY OF CORRECTIONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Grounds One through Three of the Petition are dismissed with prejudice and Ground Four of the Petition is dismissed without prejudice.

DATED: July 21, 2014

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE